UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                            :

THE NEW YORK AND PRESBYTERIAN HOSPITAL,  :

                          Petitioner,           :                26-CV-4084 (JMF)
                                              :

        -v-                              :                  ORDER
                                              :

                                              :

NEW YORK STATE NURSES ASSOCIATION,     :

                                              :

                        Respondent.        :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On May 15, 2026, Petitioner filed a petition to vacate an arbitration award.  Proceedings

to vacate an arbitration award must be "treated as akin to a motion for summary judgment."

*D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006).  Accordingly, it is hereby

ORDERED that Petitioner shall file and serve any additional materials with which they intend to

support their petition to confirm by **June 9, 2026**.  Respondent's opposition, if any, is due on

**June 30, 2026**.  Petitioner's reply, if any, is due **July 7, 2026**.

       Petitioner shall serve the petition and all supporting papers, as well as this Order, upon

Respondent pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than **June 9,**

**2026**, and shall file an affidavit of such service with the court no later than **June 10, 2026.**

       SO ORDERED.

Dated: May 19, 2026
       New York, New York                                   _____
                                               JESSE M. FURMAN
                                            United States District Judge